UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STAYMON BRAITHWAITE,

                   Plaintiff,

    -against-

YOUNG ADULT INSTITUTE, INC., and
FABIAN NELSON,

                   Defendants.
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 02 2022 ★

BROOKLYN OFFICE

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Case No.: 21-cv-00596-MKB-RER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: October 31, 2022

AKIN LAW GROUP, PLLC

_____
Justin Ames
Akin Law Group, PLLC
45 Broadway, Suite 1420
New York, NY 10006
Tel: (212) 825-1400
Fax: (212) 825-1440

Dated: November 4, 2022

CLIFTON BUDD & DeMARIA, LLP

_____
Daniel C. Moreland, Esq.
Ian-Paul A. Poulos, Esq.
*Attorneys for Defendants*
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410

SO ORDERED:
s/ MKB 12/1/2022

_____
MARGO K. BRODIE
United States District Judge